WILLIE CLEANER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. Box 7000
CRESCENT CITY, CA.
95531.

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



02 1M    $ 00.
0004217666  FEB 26
MAILED FROM ZIP CODE

CONFIDENTIAL
LEGAL MAIL

94102*3661

CASE NO. CV-07-043
JW (PR)
IN THE UNITED ST
DISTRICT COURT FO
NORTHERN DISTRICT
CALIFORNIA 450 Gol
GATE AVENUE
SAN FRANCISCO, CA. 9